# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIKE O. SALAZAR, | Case No. 2:16-cv-00581-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| BLOOMIN' BRANDS, INC., et al., | (Docket No. 49) |
| Defendant(s). | |

Pending before the Court is the parties' joint status report, Docket No. 49, which the Court construes as a stipulation to transfer this case to the Southern District of Texas. The parties believe that a transfer is in the best interests of both the parties and the Court. *Id.* at 2-3. Accordingly, the parties' stipulation, Docket No. 49, is hereby **GRANTED**. The Court **ORDERS** this case transferred to the Southern District of Texas for all further proceedings. The Court further **INSTRUCTS** the Clerk's Office to administratively close this action.

IT IS SO ORDERED.

DATED: January 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge