**Transferred case has been opened**
**DCECF_LiveDB**  to: InterdistrictTransfer_NVD          01/31/2017 12:23 PM

CASE: 2:16-cv-00581

DETAILS: Case transferred from Nevada has been opened in SOUTHERN DISTRICT OF TEXAS as case 1:17-cv-00017, filed 01/31/2017.